IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 1 1 2012

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

LANEY HARRIS                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 11-4124

THE CITY OF TEXARKANA, ARKANSAS A PUBLIC BODY CORPORATE, N. WAYNE SMITH, MAYOR OF THE CITY OF TEXARKANA, ARKANSAS; N. WAYNE SMITH MEMBER OF THE CITY OF TEXARKANA, ARKANSAS BOARD OF DIRECTORS, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITIES; LONDELL WILLIAMS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS MEMBER OF THE CITY OF TEXARKANA, ARKANSAS BOARD OF DIRECTOR; CHAD DOWD, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS MEMBER OF THE CITY OF TEXARKANA, ARKANSAS BOARD OF DIRECTOR; JAMES MIKE JONES, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS MEMBER OF THE CITY OF TEXARKANA, ARKANSAS BOARD OF DIRECTOR; SUE JOHNSON, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS MEMBER OF THE CITY OF TEXARKANA ARKANSAS BOARD OF DIRECTOR, THE MILLER COUNTY ELECTION COMMISSION; CLINTON S. THOMAS, RICHARD V. HALL JR., ELIZABETH J. HICKS
                                    DEFENDANTS

MOTION FOR THREE JUDGE PANEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Laney Harris Plaintiff, pro se, movant, hereby motion for three judge panel thereof shows:

1. The plaintiff has raised the issues Due Process Clause, Equal Protection Clause of the 14th Amendment of the Constitution and 1st Amendment (separation of church and state doctrine)

in this cause of action.

2. Furthermore after been request by the Defendants' first set of interrogatories the plaintiff has brought forward the issues of the 15 Amendment of the U.S. Constitution including the issues of "one man- one vote" however the plaintiff has not amend his complaint to bring forth the issues before the U.S. District Court.

3. The Plaintiff request for three-judge trail court pursuant to this case having complex constitutional(s) questions not withstanding Vote Right issues.

4. The pro se plaintiff does acknowledge no statutes in this request other than 42 U.S.C. Section 1973 et. seq. .

WHEREFORE, Plaintiff Motion for Three Judge Panel should be granted and grant all and just and proper relief to which this Court deems him to be entitled

Respectfully Submitted,

*Laney Harris*
Laney Harris
2005 Stephanie
Texarkana, Ar 71854

CERTIFICATE OF SERVICE

I hereby certify that on the May 11, 2012 this forgoing Motion for Three Judge Panel were mail prepaid by United States Postal Service to the following C Burt Newell, Attorney, and P.O. Box 1620, Hot Spring, AR 71902-1620.

*Laney Harris*
Laney Harris