IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LANEY HARRIS                                                                                            PLAINTIFF

VS.                                              CASE NO. 4:11-CV-4124

CITY OF TEXARKANA, ARKANSAS;
N. WAYNE SMITH; N. WAYNE SMITH (MAYOR);
LONDELL WILLIAMS; CHAD DOWD;
JAMES MIKE JONES; SUE JOHNSON;
CLINTON S. THOMAS; RICHARD V. HALL JR.;
and ELIZABETH J. HICKS                                                                         DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed July 22, 2014, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 41). Judge Marschewski recommends that Plaintiff's Motion to File Second Amended Complaint (ECF No. 37) be denied. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Motion to File Second Amended Complaint (ECF No. 37) is hereby **DENIED**.

**IT IS SO ORDERED**, this 11th day of August, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge