IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


LANEY HARRIS                                                                          PLAINTIFF

VS.                                        CASE NO. 4:11-CV-4124

CITY OF TEXARKANA, ARKANSAS;
N. WAYNE SMITH; N. WAYNE SMITH (MAYOR);
LONDELL WILLIAMS; CHAD DOWD;
JAMES MIKE JONES; SUE JOHNSON;
CLINTON S. THOMAS; RICHARD V. HALL JR.;
and ELIZABETH J. HICKS                                                                DEFENDANTS


## JUDGMENT

For the reasons stated in its Memorandum Opinion filed herewith, the Court hereby

enters judgment in favor of Defendants City of Texarkana; N. Wayne Smith; Londell Williams;

Chad Dowd; Mike Jones; Sue Johnson; Clinton S. Thomas; Richard V. Hall, Jr.; and Elizabeth J.

Hicks.[1]

**IT IS SO ORDERED**, this 9th day of January, 2015.


_____/s/ Susan O. Hickey_____
Susan O. Hickey
United States District Judge


---

[1] Wayne Smith, Londell Williams, Chad Dowd, Mike Jones, and Sue Johnson are current or former members of the City of Texarkana, Arkansas Board of Directors.  They are being sued in their individual and official capacities.  Clinton Thomas, Richard Hall, Jr., and Elizabeth Hicks are current or former members of the Miller County Election Commission.  They are being sued in their official capacities only.  (ECF No. 3, ¶ 7 ).